1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772



FILED

SEP 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08 - SW   408   GGH

| | |
|---|---|
| IN RE SEARCH WARRANT | MISC. NO. |
| [SEALED] | ORDER GRANTING THE UNITED STATES' EX PARTE REQUEST TO SEAL SEARCH WARRANT AND AFFIDAVIT |
| | Court: Hon. Gregory G. Hollows |

The Court has received, read, and considered the request of Immigration and Customs Enforcement Special Agent Jeremy Ding for a Court order sealing the Search Warrant and Search Warrant Affidavit in this case, and

Good cause appearing from therefrom, it is hereby ordered that the request for a sealing order is hereby GRANTED. Accordingly, it is ordered that the Search Warrant and Search Warrant Affidavit in this case are ordered SEALED until further order of this Court.

DATED: Sept 16, 2008

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States District Judge