```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | SAMUEL WONG
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA 95814
 4 | Telephone: (916) 554-2772
```

**FILED**

APR 16, 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT<br><br>[SEALED] | MISC. NO. 2 08-SW 408 GGH<br><br>THE UNITED STATES' <u>EX PARTE</u> REQUEST TO UNSEAL SEARCH WARRANT AND AFFIDAVIT, AND ORDER THEREON<br><br>Court: Hon. Dale A. Drozd |

The United States of America hereby moves <u>ex parte</u> for an order unsealing the search warrant and affidavit in this matter on the grounds that the search warrant has been served, the target of the investigation has been indicted and arrested, the need for the sealing of the search warrant and affidavit no longer exists, and the United States desires to produce these documents to the defendant as discovery.

DATED: April 16, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Samuel Wong
    SAMUEL WONG
    Assistant U.S. Attorney

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court having received, read, and considered the United |
| 3 | States of America's <u>ex parte</u> motion for an order unsealing the |
| 4 | search warrant and affidavit in this matter, and good cause |
| 5 | appearing from therefrom, it is hereby ordered that the request for |
| 6 | a unsealing order is hereby GRANTED. Accordingly, it is ordered |
| 7 | that the search warrant and search warrant affidavit in this case |
| 8 | are ordered unsealed. |

DATED: 4/16/09

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge